UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER LYNN CARRIKER,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No. 2:21-cv-00671-NJK<br><br>**ORDER**<br><br>[Docket No.11] |

Pending before the Court is the Commissioner's motion for an extension of time to provide the Court with a paper copy of the Certified Administrative Record.  Docket No. 11.  The Court **GRANTS** the Commissioner's motion and **ORDERS** the Commissioner to provide a paper copy of the Certified Administrative Record to the Court no later than November 30, 2021.  The deadline for the Commissioner to file an answer accompanied by the electronic Certified Administrative Record remains October 1, 2021.  Given the importance of the paper copy of the Certified Administrative Record to the just and speedy adjudication of the matter before the Court, **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: September 23, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1